UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD STAFFNEY #122425,

        Plaintiff,                            Hon. Robert J. Jonker

v.                                              Case No. 1:24-cv-1107

HEIDI E. WASHINGTON, et al.,

        Defendants.
_____/

## REPORT AND RECOMMENDATION

On June 28, 2024, Plaintiff filed this complaint in the District Court for the Eastern District of Michigan alleging violations of the Federal Tort Claims Act related to his arrest and criminal trial. (ECF No. 1). Because his arrest and trial occurred in Kent County, Michigan, the Eastern District transferred this action to this Court. (ECF No. 4). On October 23, 2024, the undersigned issued a deficiency order requiring Plaintiff to pay the filing fee or file the required documents to apply to proceed in forma pauperis. (ECF No. 7). In response, Plaintiff "protest[s]." (ECF No. 8 at PageID.7). He argues that this case "belongs in the Eastern District" and that he never filed this action in this Court. (*Id.*). Because Plaintiff has failed to comply with the deficiency order, the undersigned recommends that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this Court.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice.   28 U.S.C. § 636(b)(1)(C).   Failure to file objections within the specified time waives the right to appeal the District Court's order.   *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Respectfully submitted,

Date: June 11, 2025                          /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge